**Order entered January 27, 2023**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-22-01099-CR

**SAMUEL ROBERTSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 82nd District Court
Robertson County, Texas
Trial Court Cause No. 21-11-21505-CR**

### ORDER

Appellant's third motion for extension of time to file appellant's brief is **GRANTED**, and we **ORDER** the brief filed on or before March 3, 2023. If appellant fails to file his brief by March 3, 2023, the Court may abate this case for a hearing in the trial court to determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE